# UNITED STATES DISTRICT COURT
## Western District of North Carolina

UNITED STATES OF AMERICA

        vs.                            Crim. No. 0419 3:05CR00103

Corey Edwards

On 6/11/2010, the above named was placed on Supervised Release for a period of eight (8) years. He has complied with the rules and regulations of Supervised Release and is no longer in need of supervision. It is accordingly recommended that Corey Edwards be discharged from supervision.

Respectfully submitted,

by  s/ Jason M. Kemp
      Jason M. Kemp
      U.S. Probation Officer
      200 South College St
      Suite 1650
      Charlotte, NC 28202
      704-350-7617

Approved By:
 s/ James C. Kent Jr.
James C. Kent Jr.
Supervising U.S. Probation Officer

## ORDER OF THE COURT

Pursuant to the above report, it is ordered that the defendant be discharged from Supervised Release and that the proceedings in the case be terminated.

Date: April 14, 2015

Robert J. Conrad, Jr.
United States District Judge